AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Forest River Farms

V.

Deere & Co. (d/b/a John Deere)

CASE NUMBER: 1:22-cv-00188

ASSIGNED JUDGE: Honorable Martha M. Pacold

DESIGNATED MAGISTRATE JUDGE: Honorable Maria Valdez

TO: (Name and address of Defendant)

Deere & Co.
(d/b/a John Deere) c/o Todd E. Davies
One John Deere Place
Moline, IL 61265

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wexler Boley & Elgersma LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

January 13, 2022

DATE



310349
Law Firm Ref#: 2521-000

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FOREST RIVER FARMS, Individually and on behalf of all others similarly situated

    Plaintiff(s)

vs.

DEERE & CO, (d/b/a John Deere)

    Defendant(s)

Case No.: 1:22-cv-00188

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __Nicholas R Bull__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Case; Class Action Complaint** to Deere & Co. d/b/a John Deere c/o Todd E. Davies, located at One John Deere Place, Moline, IL 61265 resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Deere & Co. d/b/a John Deere c/o Todd E. Davies personally on the ___ day of _____, 20___ at _____ M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __Lisa McCraw__, Title: __Assistant General Counsel__, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __18__ day of __January__, 20__22__ at __10:53__ AM.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Deere & Co. d/b/a John Deere c/o Todd E. Davies's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ___ day of _____, 20___ at _____ M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ___ day of _____, 20___.

☐ **NON-SERVICE:** for the following reasons with the DATE and TIME of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

_/_/_ @ ____:____ _____
_/_/_ @ ____:____ _____
_/_/_ @ ____:____ _____

A description of person with whom the documents were left is as follows:
Sex: __F__ Race: __Caucasian__ Approx. Age: __60-70__ Height: __5'5"__ Weight: __160__ Hair: __Gray__
Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this __20th__ day of __January__ 20__22__

_Vicki L. Bull_
Notary Public

(Server Signature)

__Nicholas R Bull__
(Print Name)

OFFICIAL SEAL
VICKI L. BULL
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-8-2022

SAAFF/310349