# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FOREST RIVER FARMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DEERE & CO. (d/b/a JOHN DEERE),<br><br>    Defendant. | Case No. 1:22-cv-00188<br><br>Hon. Martha M. Pacold |

## DEFENDANT DEERE & CO.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Deere & Co. ("Deere"), by and through its undersigned attorneys, respectfully moves this Court for an order extending Deere's time to answer or otherwise plead up to and including **April 11, 2022**. In support of this Motion, Deere states as follows:

1. Plaintiff Forest River Farms ("Plaintiff") filed its Complaint against Deere on or about January 12, 2022.

2. Plaintiff filed an executed Summons on or about January 13, 2022, which was returned executed by Plaintiff as to Deere on January 18, 2022. By rule, Deere's answer is due February 8, 2022.

3. On February 2, 2022, Deere's counsel communicated with Plaintiff's counsel regarding the relief requested herein. Plaintiff's counsel agreed to extend the time for Deere to answer or otherwise plead by 60 days, or until April 11, 2022. Plaintiff's counsel confirmed that Plaintiff does not oppose this motion for extension of time to answer or otherwise plead.

4. Deere now seeks an order from this Court extending Deere's time to answer or otherwise plead up to and including April 11, 2022, so that Deere may investigate the allegations of the Complaint and prepare an appropriate response.

5. This is the first request for additional time sought by Deere in this action.

6. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

WHEREFORE, for the foregoing reasons, Defendant Deere & Co. respectfully requests that this Court extend its time to answer or otherwise plead until April 11, 2022.

Dated: February 3, 2022

        Respectfully submitted,

        */s/ Amanda B. Maslar*

        Amanda B. Maslar (6321073)
        amaslar@jonesday.com
        JONES DAY
        77 West Wacker, Suite 3500
        Chicago, IL 60601.1692
        Telephone: (312) 782-3939
        Facsimile: (312) 782-8585

        John M. Majoras*
        jmmajoras@jonesday.com
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 879-3939

        Tiffany Lipscomb-Jackson*
        tdlipscombjackson@jonesday.com
        JONES DAY
        325 John H. McConnell Boulevard,
        Suite 600
        Columbus, OH 43215-2673
        Telephone: (614) 281-3876

        Corey A. Lee*
        calee@jonesday.com
        JONES DAY
        North Point
        901 Lakeside Avenue
        Cleveland, Ohio 44114
        Telephone: (216) 586-3939

        *\*Pro Hac Vice Application Forthcoming*

        *Counsel for Defendant Deere & Co.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Amanda B. Maslar*