UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOREST RIVER FARMS, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DEERE & CO. (d/b/a JOHN DEERE),<br><br>　　Defendant. | Case No. 1:22-cv-00188<br><br>Hon. Martha M. Pacold |

## NOTICE OF UNOPPOSED MOTION

Please take notice that on February 8, 2022, at 9:30 a.m., the undersigned counsel shall appear before the Honorable Judge Martha M. Pacold, or any judge appearing in her stead, in Courtroom 1425 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendant Deere & Co.'s Unopposed Motion for Extension of Time to Answer Or Otherwise Plead.

Dated: February 3, 2022

          Respectfully submitted,

          */s/ Amanda B. Maslar*

          Amanda B. Maslar (6321073)
          amaslar@jonesday.com
          JONES DAY
          77 West Wacker, Suite 3500
          Chicago, IL  60601.1692
          Telephone:  (312) 782-3939
          Facsimile:   (312) 782-8585

          John M. Majoras*
          jmmajoras@jonesday.com
          JONES DAY
          51 Louisiana Avenue, N.W.
          Washington, DC 20001
          Telephone: (202) 879-3939

          Tiffany Lipscomb-Jackson*
          tdlipscombjackson@jonesday.com
          JONES DAY
          325 John H. McConnell Boulevard,
          Suite 600
          Columbus, OH 43215-2673
          Telephone:  (614) 281-3876

          Corey A. Lee*
          calee@jonesday.com
          JONES DAY
          North Point
          901 Lakeside Avenue
          Cleveland, Ohio 44114
          Telephone: (216) 586-3939

          *\*Pro Hac Vice Application Forthcoming*

          *Counsel for Defendant Deere & Co.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                                    */s/ Amanda B. Maslar*