# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FOREST RIVER FARMS, individually and on
behalf of all others similarly situated,

      Plaintiff,

      v.

DEERE & CO. (d/b/a JOHN DEERE),

      Defendant.

Case No. 1:22-cv-00188

Hon. Martha M. Pacold

## <u>DEFENDANT DEERE & CO.'S RULE 7.1 AND LOCAL RULE 3.2 STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Deere & Co. ("Deere"), by and through its attorneys, states as follows.

Deere is a publicly-traded corporation. It has no parent corporation. To the best of Deere's knowledge, and as of Deere's 2022 Proxy Statement dated January 7, 2022, no single shareholder holds more than 10% of its stock. As of January 7, 2022, Cascade Investment, L.L.C., The Vanguard Group, Inc., and BlackRock, Inc. each owns more than 5% of Deere's common stock. To the best of Deere's knowledge, the sole member of Cascade Investment, L.L.C., is William H. Gates III.

Dated: February 3, 2022

Respectfully submitted,

/s/ Amanda B. Maslar

Amanda B. Maslar (6321073)
amaslar@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601.1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

John M. Majoras*
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson*
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, OH 43215-2673
Telephone:  (614) 281-3876

Corey A. Lee*
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

*Pro Hac Vice Application Forthcoming

Counsel for Defendant Deere & Co.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Amanda B. Maslar*