# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Forest River Farms

                    Plaintiff,

v.                                          Case No.: 1:22−cv−00188
                                                  Honorable Martha M. Pacold

Deere & Co.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 4, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant Deere & Co.'s unopposed motion for extension of time to answer or otherwise plead [13] is granted. Defendant to answer or otherwise plead to Plaintiff's complaint by 4/11/2022. The court will give the parties until 4/18/2022 to file the initial joint status report. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.