# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FOREST RIVER FARMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DEERE & CO. (d/b/a JOHN DEERE),<br><br>    Defendant. | Case No. 1:22-cv-00188<br><br>Hon. Martha M. Pacold |

## NOTICE OF MOTION TO TRANSFER RELATED CASES FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 25, 2022, Defendant Deere & Company ("Deere") filed a motion to transfer related cases, including the above-captioned case, for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Attached hereto as **Exhibit A** is a true and correct copy of Deere's motion.

Dated: February 25, 2022

                        Respectfully submitted,

                        */s/ Amanda B. Maslar*

                        Amanda B. Maslar (6321073)
                        amaslar@jonesday.com
                        JONES DAY
                        77 West Wacker, Suite 3500
                        Chicago, IL 60601.1692
                        Telephone: (312) 782-3939
                        Facsimile: (312) 782-8585

                        John M. Majoras*
                        jmmajoras@jonesday.com
                        JONES DAY
                        51 Louisiana Avenue, N.W.
                        Washington, DC 20001
                        Telephone: (202) 879-3939

                        Tiffany Lipscomb-Jackson*
                        tdlipscombjackson@jonesday.com
                        JONES DAY
                        325 John H. McConnell Boulevard, Suite 600
                        Columbus, OH 43215-2673
                        Telephone: (614) 281-3876

                        Corey A. Lee*
                        calee@jonesday.com
                        JONES DAY
                        North Point
                        901 Lakeside Avenue
                        Cleveland, Ohio 44114
                        Telephone: (216) 586-3939

                        *\*Pro Hac Vice Application Forthcoming*

                        *Counsel for Defendant Deere & Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2022, a copy of the foregoing was electronically filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                                  */s/ Amanda B. Maslar*