### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Forest River Farms | ) | |
| | ) | Case No: 22 C 188 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| Deere & Co., d/b/a John Deere | ) | |

### ORDER

Daniel C. Hedlund's motion for leave to appear pro hac vice on behalf of Forest River Farms [20] is granted. Michelle J. Looby's motion for leave to appear pro hac vice on behalf of Forest River Farms [21] is granted. Kaitlyn L. Dennis's motion for leave to appear pro hac vice on behalf of Forest River Farms [22] is granted. Daniel E. Gustafson's motion for leave to appear pro hac vice on behalf of Forest River Farms [23] is granted.

Date: March 2, 2022                                    /s/ Martha M. Pacold