UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOREST RIVER FARMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DEERE & CO. (d/b/a JOHN DEERE),<br><br>    Defendant. | Case No. 1:22-cv-00188<br><br>Hon. Martha M. Pacold |

**DEFENDANT DEERE & COMPANY'S UNOPPOSED MOTION FOR STAY PENDING JPML RULING ON CONSOLIDATION AND TRANSFER**

    This action is one of several federal lawsuits filed against Deere & Company ("John Deere") relating to John Deere's alleged anticompetitive conduct. These suits contain virtually identical allegations that John Deere deliberately monopolized an alleged market for repair and maintenance services of John Deere-branded tractors and other branded equipment in violation of Sections 1 and 2 of the Sherman Act. Because litigating the plaintiffs' claims in centralized proceedings would avoid burdensome discovery and inconsistent rulings while promoting judicial economy, John Deere filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate the then-filed six cases and any tag-along cases involving similar facts or claims for centralized proceedings under 28 U.S.C. § 1407. *See* Dkt. 19 (Ex. A, John Deere's Motion to Transfer for Consolidated Proceedings). Since that filing, four additional cases have been filed alleging the same or substantially similar allegations against John Deere, and John Deere has filed or intends to file notices of potential tag along actions in the JPML. This action is one of several that John Deere seeks to centralize through its Motion to Transfer for Consolidated Proceedings, meaning that as proceedings continue in this Court, the JPML will be considering whether to transfer this and other actions for centralized proceedings.

In these circumstances, a stay of proceedings until the JPML determines whether to grant John Deere's motion is appropriate. As described further in John Deere's Memorandum of Law in Support of its Unopposed Motion for Stay Pending JPML Ruling on Consolidation and Transfer, filed contemporaneously herewith, a stay will preserve judicial resources, minimize the risk of inconsistent decisions on the same pretrial issues, and avoid burdening the parties with duplicative proceedings, all without any risk of prejudice to the parties.

John Deere respectfully requests that this Court grant this motion and stay all proceedings in this case and suspend all deadlines until 30 days after the JPML resolves John Deere's Motion to Transfer for Consolidated Proceedings. John Deere met and conferred with Plaintiff's counsel about this Motion, and Plaintiff does not object to this Motion.

Dated: March 18, 2022

Respectfully submitted,

*/s/ Amanda B. Maslar*

Amanda B. Maslar (6321073)
amaslar@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601.1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

John M. Majoras*
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson*
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, OH 43215-2673
Telephone: (614) 281-3876

Corey A. Lee*
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

*\*Pro Hac Vice Application Forthcoming*

*Counsel for Defendant Deere & Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                                               */s/ Amanda B. Maslar*