# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Forest River Farms
                        Plaintiff,

v.                                          Case No.: 1:22−cv−00188
                                                         Honorable Martha M. Pacold

Deere & Co.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2022:

       MINUTE entry before the Honorable Martha M. Pacold: Defendant's unopposed motion to stay this case pending the Judicial Panel on Multidistrict Litigation's decision on consolidation and transfer [25] is granted. Proceedings in this case are stayed until 30 days after the JPML resolves defendant's motion to transfer. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.